**No. 10-6504. David Jackson, Petitioner v. United States.**

562 U.S. 990, 131 S. Ct. 435, 178 L. Ed. 2d 337, 2010 U.S. LEXIS 8310.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 608 F.3d 100.